**99–141. Pankey v. Ohio Adult Parole Auth.**
Franklin App. No. 98AP–1120. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellee's motion for stay of briefing schedule pending disposition of motion to dismiss,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted.

PFEIFER, J., dissents.

**99–524. State v. Lewis.**
Union App. No. 14–98–44. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of execution of portion of sentence imposing confinement for a period of one hundred eighty days,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, and the execution of sentence is suspended pending disposition of this appeal.

PFEIFER, COOK and LUNDBERG STRATTON, JJ., dissent.

**99–544. State v. Shoffner.**
Shelby App. Nos. 17–98–11 and 17–98–12. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Shelby County. Upon consideration of appellants' motion to stay execution of sentence,

IT IS ORDERED by the court that the motion to stay be, and hereby is, denied.

MOYER, C.J., and RESNICK, J., dissent.

**99–546. State v. Shoffner.**
Shelby App. Nos. 17–98–09 and 17–98–10. This cause is pending before the court as a discretionary appeal and claimed appeal of right from the Court of Appeals for Shelby County. Upon consideration of appellants' motion to stay execution of sentence,

IT IS ORDERED by the court that the motion to stay be, and hereby is, denied.

MOYER, C.J., and RESNICK, J., dissent.

*Tuesday, April 13, 1999*

## MISCELLANEOUS DISMISSALS

**99–529. State v. Harman.**
Mahoning App. No. 96CA70. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On March 22, 1999, appellant filed a memorandum in support of jurisdiction that exceeds the page limitation prescribed by S.Ct.Prac.R. III(1)(C). Whereas appellant has not filed a memorandum in support of jurisdiction in compliance with S.Ct.Prac.R. III within the time for perfecting his appeal, and whereas, pursuant to S.Ct.Prac.R. II(2)(A)(1), appellant's failure to file a memorandum in support of jurisdiction within the prescribed time period divests this court of jurisdiction to hear the appeal,

IT IS ORDERED by the court, *sua sponte*, that appellant's memorandum in support of jurisdiction be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, that this cause be, and hereby is, dismissed, effective April 13, 1999.